# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-505
Lower Tribunal No. 18-21048
_____

**Janet Rodriguez,**
Appellant,

vs.

**US Bank Trust NA, et al.,**
Appellees.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Janet Rodriguez, in proper person.

No appearance, for appellees.

Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed on the authority of Florida Rule of Appellate Procedure 9.315(a). ("After service of the initial brief ..., the court may summarily affirm

the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").

Affirmed.